IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FIDELITY NATIONAL INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE |
| | ) ) | NO. 2:07CU860-mef |
| v. | ) ) ) | |
| COMOLETHA JAMISON-MEANS | ) ) | |
| Defendant. | ) ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

**COMES NOW,** WILLIAM P. CLAXTON, and hereby moves for Admission for practice before this Honorable Court, *Pro Hac Vice*, seeking to represent FIDELITY NATIONAL INSURANCE COMPANY, Plaintiff herein, for purposes of the above-referenced case only. Movant shows the Court that he is a 1986 Graduate of Mercer University Law School, is a current member of the State Bar of Georgia, the Tennessee Bar Association and is in good standing before the Georgia Supreme Court, Georgia Court of Appeals, Tennessee Supreme Court, Tennessee Court of Appeals, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Sixth Circuit, as well as the United States District

Courts for the Northern District of Georgia, Middle District of Georgia, Southern District of Georgia, Eastern District of Tennessee and Western District of Tennessee.

Movant states that he has previously appeared as Counsel, *Pro Hac Vice*, in the United States District Court for the Northern District of Alabama before the Honorable Chief Judge Sharon L. Blackburn, and had the pleasure of trying a six day case to a verdict in that Honorable Court in 1995. Similarly, Movant was also briefly admitted, *Pro Hac Vice*, in this Court in January, 2007 before the Honorable Chief Judge Mark E. Fuller, in the matter of **_Jacquelyn Dodson v. David Brintley_**, Civil Action 3:07-CV-25-MEF, which settled approximately two months into the litigation.

Movant has attached hereto as Exhibits certificates evidencing his authorized practice of law in Tennessee and Georgia, including his current Certificate of Good Standing from the United States District Court for the Northern District of Georgia. Movant also encloses a fee of $20 with this Motion as required by Local Rule 83.1.

Movant shows that he has obtained of copy of the Rules and Procedures governing the practice of Attorneys appearing before the United States District Court for the Middle District of Alabama and will steadfastly follow same while appearing before this Honorable Court.

Movant respectfully requests that this Court enter an Order permitting his admission, ***Pro Hac Vice***, for purposes of representing FIDELITY NATIONAL INSURANCE COMPANY, Plaintiff herein, in this action only.

This 25th day of September, 2007.

                        CLAXTON & CLAXTON, LLC

                        _____
                        WILLIAM P. CLAXTON
                        Movant, ***Pro Hac Vice***
                        Attorneys for Plaintiff

Suite 115
180 Interstate North Parkway
Atlanta, Georgia 30339-5679
770.933.1946
770.933.8455 (Fax)
wclaxton@claxtonclaxtonllc.com



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY that WILLIAM PAUL CLAXTON, 129320,** was duly admitted to practice in said Court on February 6, 1987 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 25th day of January, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Luis Perez
Deputy Clerk