AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

FIDELITY NATIONAL INSURANCE COMPANY

V.

COMOLETHA JAMISON-MEANS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV860-MEF

TO: (Name and address of Defendant)

COMOLETHA JAMISON-MEANS
3226 VIRGINIA LOOP DRIVE
MONTGOMERY, ALABAMA 36116

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM P. CLAXTON
CLAXTON & CLAXTON, LLC
SUITE 115
180 INTERSTATE NORTH PARKWAY
ATLANTA, GA 30339

770-933-1946

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  9-27-07