IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| FIDELITY NATIONAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:07-cv-860-MEF ) |
| COMOLETHA JAMISON-MEANS, | ) ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the Motion for William P. Claxton to Appear Pro Hac Vice (Doc. #2) filed on September 26, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 1st day of October, 2007.

                                                    /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE