IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIDELITY NATIONAL INSURANCE COMPANY ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION FILE NO.2:07-CV-860-MEF |
| v. ) ) | |
| COMOLETHA JAMISON-MEANS ) ) | |
| Defendant. ) ) | |

## CERTIFICATE OF INTERESTED PERSONS

**COMES NOW,** FIDELITY NATIONAL INSURANCE COMPANY, Plaintiff herein, and files this Certificate of Interested Persons pursuant to Fed. R. Civ. Pro. Rule 7.1 showing the Court the following:

1.

The undersigned counsel of record for the Plaintiff certify that the following is a full and complete list of all parties in this action:

FIDELITY NATIONAL INSURANCE COMPANY

COMOLETHA JAMISON-MEANS

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of person, firms, partnerships or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

**For Plaintiff:** Fidelity National Insurance Company

Fidelity National Title Company

National Alliance Marketing Group

Fidelity National Real Estate Solutions

Sedgewick CMS

Chicago Title

Ticor Title

Security Union Title

Alamo Title

Fidelity National Services, Inc.

Claxton & Claxton, LLC.

**For Defendant:** Comoletha Jamison-Means

3.

The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**For Plaintiff:**    William P. Claxton of Claxton & Claxton, LLC.

**For Defendant:**    Unknown At Present

4.

The Plaintiff will supplement as required with any additional information obtained through discovery.

This 4th day of October, 2007.

> **CLAXTON & CLAXTON, LLC**
>
> _____
> WILLIAM P. CLAXTON
> Admitted Pro Hac Vice
> Attorneys for Plaintiff

180 Interstate North Parkway
Suite 115
Atlanta, Georgia 30339
(770) 933-1946
(770) 933-8455 Fax

-3-

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FIDELITY NATIONAL ) <br> INSURANCE COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMOLETHA JAMISON-MEANS ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION FILE <br> NO.2:07-CV-860-MEF |

## CERTIFICATE OF SERVICE

This is certify that I have this day electronically filed and served a copy of the CERTIFICATE OF INTERESTED PERSONS upon all parties with the Clerk of Court using the CM/ECF system.

CLAXTON & CLAXTON, LLC

_____
WILLIAM P. CLAXTON
Admitted Pro Hac Vice
Attorney for Plaintiff

-4-