AO 440 (Rev. 10/93) Summons in a Civil Action   **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS, COMPLAINT, EXHIBITS |
| EFFECTED (1) BY ME: | OUT OF STATE |
| TITLE: | PROCESS SERVER |

DATE: 10/26/07

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

COMOLETHA MEANS

Place where served: Montgomery County Sheriffs Dept -115 S. Perry St

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

George Means, Jr.

Relationship to defendant: Husband

Description of person accepting service:

SEX: M   AGE: 37   HEIGHT: 5'09   WEIGHT: 145   SKIN: MED   HAIR: BLK   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.___   SERVICES $ _____.___   TOTAL $ _____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 10/26/2007

SIGNATURE OF OUT OF STATE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

115 S. Perry St
Montgomery, AL
36104

| | |
|---|---|
| ATTORNEY: | WILLIAM P. CLAXTON, ESQ. |
| PLAINTIFF: | FIDELITY NATIONAL INSURANCE COMPAMY |
| DEFENDANT: | COMOLETHA JAMISON-MEANS |
| VENUE: | MIDDLE DISTRICT OF ALABAM |
| DOCKET: | 2:07 CV 860 MEF |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

⊕AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 10-26-07 |
| NAME OF SERVER (PRINT) Jacqueline Weatherington | TITLE Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: George Means, JR.

☐ Returned _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed 10-26-07
    Date        Signature of Server

    115 S. Perry St
    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

%AO 440 (Rev. 8/01) Summons in a Civil Action

10/25

10/25

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

FIDELITY NATIONAL INSURANCE COMPANY

V.

COMOLETHA JAMISON-MEANS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:07CV860-MEF

TO: (Name and address of Defendant)

COMOLETHA JAMISON-MEANS
3226 VIRGINIA LOOP DRIVE
MONTGOMERY, ALABAMA 36116   CITY

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLIAM P. CLAXTON
CLAXTON & CLAXTON, LLC
SUITE 115
180 INTERSTATE NORTH PARKWAY
ATLANTA, GA 30339

770-933-1946

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 9-27-07