IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FIDELITY NATIONAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:07-CV-860-MEF ) |
| COMOLETHA JAMISON-MEANS, | ) ) |
| Defendant. | ) ) ) |

ENTRY OF DEFAULT

It appearing that defendant Comoletha Jamison-Means, was duly served with a copy of the summons and complaint in this action on September 28, 2007, and said defendant has failed to answer or otherwise defend this action, as required by law, as set out in the motion filed herein on November 26, 2007, by plaintiff's attorney.

DEFAULT is hereby entered against said defendant, Comoletha Jamison-Means.

DONE THIS  29th  day of   November  , 2007.

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA