IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| FIDELITY NATIONAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:07-cv-860-MEF ) |
| COMOLETHA JAMISON-MEANS, | ) ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Decree and Order After Entry of Default Judgment (Doc. #13) filed on December 3, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before January 17, 2008 as to why this motion should not be granted. Failure of the defendant to file a response will result in the Court entering an order of final judgment against the defendant.

DONE this the 7th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE